IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13-cv-189-RJC-

| | | |
|---|---|---|
| TAMMY E. SELF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing her decision with a remand of the cause for further administrative proceedings. Based on the representations of the parties, the Court finds that remand is appropriate.

On remand, the Appeals Council will direct the Administrative Law Judge to: update the medical record; further evaluate Plaintiff's residual functional capacity; further evaluate Plaintiff's subjective complaints; if necessary, obtain vocational expert testimony; offer the claimant the opportunity for a new hearing; and issue a new decision.

**THEREFORE,** this Court hereby **reverses** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with **remand of the cause** to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). The Clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. It is so ordered.

Signed: February 21, 2014

Robert J. Conrad, Jr.
United States District Judge