# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Tammy E. Self, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:13-cv-00189-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin, | ) | |
| Acting Commissioner of Social Security | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 24, 2014 Order.

February 24, 2014

Frank G. Johns, Clerk
United States District Court